IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARIE BREWER,

      Plaintiff,

vs.                       No. 05-2791-B/V

TECHNICOLOR AND
PARAMOUNT STAFFING,

      Defendants.

---

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

---

Plaintiff Marie Brewer filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., on October 25, 2005, along with a motion seeking leave to proceed in forma pauperis. Based on the information set forth in the plaintiff's affidavit, the motion to proceed in forma pauperis is GRANTED. The Clerk shall record the defendants as Technicolor and Paramount Staffing.

It is ORDERED that the Clerk shall issue process for the defendants and deliver said process to the marshal for service. Service shall be made on the defendants pursuant to Fed. R. Civ. P. 4(h)(1). Service on the defendants shall include a copy of this order. All costs of service shall be advanced by the United States.

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendants or on the defendants if they have no attorney. The

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 11-4-05



plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and this Court's local rules.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

IT IS SO ORDERED this  3rd  day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02791 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Marie Brewer
784 Inez Street
Memphis, TN 38111

Honorable J. Breen
US DISTRICT COURT