IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARIE BREWER,

    Plaintiff,

v.  No. 05-2791 B

TECHNICOLOR and PARAMOUNT
STAFFING,

    Defendants.
_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS
_____

The Plaintiff, Marie Brewer, sued the Defendants, Technicolor and Paramount Staffing, alleging employment discrimination.  On November 13, 2006, Paramount Staffing filed a motion to dismiss based on Brewer's failure to comply with the magistrate judge's order to compel discovery.  On November 29, 2006, Paramount Staffing filed a renewed motion to dismiss based on the same grounds.  On December 29, 2006, the Technicolor filed a motion to dismiss also based on Brewer's failure to comply with the magistrate judge's order to compel discovery. This Court referred all three motions to Magistrate Judge Diane Vescovo for a report and recommendation.  On February 2, 2007, Judge Vescovo issued her report, recommending that the Defendants' motions to dismiss pursuant to Rule 37, Fed. R. Civ. P.[1], be granted and Brewer's complaint be dismissed. According to the Court's docket, no objections to the magistrate judge's report and recommendation

---

[1] Rule 37 provides that a court may issue an order dismissing a case in its entirety based on a party's failure to comply with a court order compelling discovery.  See Fed. R. Civ. P. 27(b)(2)(C).

1

have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed, the Court ADOPTS the magistrate judge's report and recommendation.

It is therefore ORDERED that the magistrate judge's report and recommendation filed February 2, 2007, be hereby ADOPTED. Therefore, the motions of the Defendants to dismiss the Plaintiff's complaint are GRANTED, and Brewer's complaint is DISMISSED.

IT IS SO ORDERED this 6th day of March, 2007.

                               s/ J. DANIEL BREEN
                               UNITED STATES DISTRICT JUDGE